# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WILLIAM D. POWERS | ) | Case No. 14 B 09059 |
| SUSAN M. POWERS | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | Hearing Date: 11/17/2015 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF FIRST AND FINAL FEE APPLICATION

To:   See Attached Services List

On October 27, 2015, McGuireWoods LLP ("McGuireWoods") filed the **First and Final Fee Application for Professional Compensation for McGuireWoods LLP** (the "Application"). McGuireWoods seeks $18,786.00 in compensation and $98.59 for expense reimbursement. A copy of the Application and supporting documentation has been filed with the Court and is available upon request to counsel for the Trustee at the address listed below or by electronic mail request to sgratton@mcguirewoods.com.

A hearing (the "Hearing") will be held on the Application on November 17, 2015, at the hour of 9:30 a.m. before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 744 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, IL.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on November 17, 2015, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, IL, and/or appear at the Hearing on November 17, 2015 at 9:30 a.m.

If you do not object, the Court may grant the relief requested.

**McGuireWoods LLP**

By: /s/ *Stephanie C. Gratton*
       Stephanie C. Gratton

71185548_1

Richard J. Mason, P.C.
Stephanie C. Gratton
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

*Counsel to Richard J. Mason, Trustee*

71185548_1

## **CERTIFICATE OF SERVICE**

      I, Stephanie C. Gratton, an attorney, hereby certify that the foregoing Notice of Motion, together with a true copy of the **First and Final Fee Application for Professional Compensation for McGuireWoods LLP**, was duly served upon each of the parties on the attached Service List via first-class mail, proper postage pre-paid, this 27th day of October, 2015.

      /s/ *Stephanie C. Gratton*
      Stephanie C Gratton

Richard J. Mason, P.C.
Stephanie C. Gratton
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601-1815
(312)849-8100

71185548_1

## **SERVICE LIST**

Citibank
Citicorp Credit Services
Attn:  Centraliz
P.O. Box 20507
Kansas City, MO 64195

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE  19850

Kohl's/Capone
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
American InfoSource LP, as Agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Mitsubishi Motors Credit of America/C1
PO Box 991817
Mobile, AL 36691

Nissan Motor Acceptance Corp.
PO Box 660360
Dallas, TX 75266

Wells Fargo Home Mortgage
7255 Baymeadows Way
Des Moines, IA 50306

WFS Financial/Wachovia Dealer Services
PO Box 3569
Rancho Cucamonga, CA 91729

Bank of America
PO Box 982235
El Paso, TX 79998

Capital One Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Charter One
1000 Lafayette Blvd
Bridgeport, CT 06604

John Carlin
Chang & Carlin, LLP
1305 Remington Road
Suite C
Schaumburg, IL 60173
847-843-8600
Fax : 847-843-8605
Email: jcarlin@changandcarlin.com

71185548_1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WILLIAM D. POWERS | ) | Case No. 14 B 09059 |
| SUSAN M. POWERS | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | |
| | ) | Hearing Date: 11/17/2015 |
| | ) | Hearing Time: 9:30 a.m. |

**COVER SHEET FOR THE FIRST AND FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION FOR MCGUIREWOODS LLP**

Name of Applicant:    McGuireWoods LLP

Authorized to Provide Professional Services to:    Richard J. Mason, Ch.7 Trustee

Date of Retention Order:    February 17, 2015, effective as of January 20, 2015

Period for which Compensation is Sought:    From January 20, 2015 through Conclusion of the case

Amount of Fees Sought:    $18,786.00

Amount of Expense Reimbursement Sought:    $98.59

This is an:    Interim Application: _    Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

State the aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00

71185548_1

Dated: October 27, 2015 **McGuireWoods LLP**

/s/ *Stephanie C. Gratton*
Stephanie C Gratton

Richard J. Mason, P.C.
Stephanie C. Gratton
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601-1815
(312)849-8100

71185548_1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WILLIAM D. POWERS | ) | Case No. 14 B 09059 |
| SUSAN M. POWERS | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtors. | ) | |
| | ) | |
| | ) | Hearing Date: 11/17/2015 |
| | ) | Hearing Time: 9:30 a.m. |

**FIRST AND FINAL FEE APPLICATION FOR PROFESSIONAL COMPENSATION**
**FOR McGUIREWOODS LLP**

McGuireWoods LLP ("McGuireWoods"), counsel for Richard J. Mason, the trustee (the "Trustee") in the above-captioned bankruptcy case, submits this First and Final Fee Application for Profession Compensation for McGuireWoods (the "Application") for the period from January 20, 2015 through Conclusion of the Case (the "Compensation Period") and requests the entry of an order allowing and authorizing payment of compensation (the "Compensation") in the amount of $18,786.00 (including $1,380.00 for time McGuireWoods expects to devote to future services) and reimbursement of expenses (the "Expense Reimbursement") in the amount of $98.59 for services provided and expenses incurred by McGuireWoods as counsel to the Trustee, and, in support thereof, respectfully states as follow:

**Jurisdiction and Venue**

1. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

3. Venue of this Case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

71185548_1

**Introduction**

4. On March 13, 2014, William D. Powers and Susan M. Powers (the "Debtors") commenced this bankruptcy case by filing a petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

5. Shortly thereafter, Richard J. Mason was appointed trustee.

6. On February 17, 2015, the Court entered an order authorizing the Trustee to retain McGuireWoods as counsel to the Trustee, effective as of January 20, 2015. [Docket No. 27].

7. The Trustee is currently holding cash totaling approximately $47,882.48. If authorized, payment of the fees and expenses requested herein would be made from those funds.

**Relief Requested**

8. Through this Application, McGuireWoods now seeks entry of an order, pursuant to sections 339 and 331 of the Bankruptcy Code, approving and authorizing payment of the Compensation in the amount of $17,406.00 and the Expense Reimbursement in the amount of $98.59 incurred in representing the Trustee during the Compensation Period. In addition, McGuireWoods requests further compensation in the amount of $1,380.00 for services to the Trustee anticipated to be incurred from the time of the filing of this application through the close of this case. A detailed abstract containing specific summaries of all of the services provided by McGuireWoods, including all fees charged and all expenses incurred, is attached hereto as Exhibit A.

**Trustee's Activities**

9. This is McGuireWoods' First and Final Application for compensation.

10. The activities in which McGuireWoods was engaged during the Compensation Period were primarily related to the sale of certain assets of the estate, general administration of

71185548_1

2

the estate and matters in connection with the closing of the estate.

11. McGuireWoods drafted and filed motions to retain certain estate professionals including, McGuireWoods and Horwich Coleman Levin, LLC (the "Accountants"). McGuireWoods retained the Accountants to assist the Trustee with filing 2014 federal and state income taxes (the "Taxes") for the capital gains tax incurred from the sale of certain PepsiCo stock held by the Debtors prior to the bankruptcy. Upon completion of the Taxes, McGuireWoods paid the Accountants per the Court's February 25, 2015 Order Granting Application to Employ Horwich Coleman Levin, LLC as Accountant. [Docket No. 32].

12. McGuireWoods negotiated and documented the sale of the Debtors' 2010 Nissan Maxima (the "Sold Car") to the Debtors. This included negotiating a price at which to sell the Sold Car, drafting and filing the sale motion and report of sale, and attending the court hearing on the same.

13. Within 180 days of filing for bankruptcy, William D. Powers inherited a 50% interest in a single family residence located at 131 N. Westgate Rd, Des Plaines, IL 60016 (the "House") and certain stock held at a brokerage firm called Edward Jones (the "Stock" and together with the House, the "Inheritance"). McGuireWoods reviewed the Last Will and Testament and trust documents of Helene Anne Powers to determine the rights of the Trustee in the Inheritance. McGuireWoods then negotiated with the Debtors and arrived at a settlement whereby the Debtors would pay $1,000 and give up any right to offset the Inheritance by the funeral costs for Helene Anne Powers and the Trustee would sell the Stock and not sell the House (the "Settlement"). Additionally, McGuireWoods drafted the settlement agreement and motion to approve the settlement agreement, attended the court hearing on the same, and directed the sale of the Stock for the benefit of the Estate.

14. As a result of McGuireWoods' and the Trustee's efforts, $13,252.72 of PepsiCo stock; $10,000 for the sale of the Sold Car; $1,000.00 related to the Settlement; and $25,590.65 for the sale of the Stock was brought into the estate for distribution to creditors.

15. The normal hourly rates charged by the principals and associates of McGuireWoods for the Compensation Period covered by this application, except where special rates are negotiation for clients that provide a large volume of business in excess of the amount provided by the estate, are as follows:

| **Name** | **Title** | **Practice Area** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| Richard J. Mason | Partner | Restructuring and Insolvency | 7.8 | $825.00 | $6,435.00 |
| Stephanie Carroll Gratton | Associate | Restructuring and Insolvency | 31.8 | $345.00 | $10,971.00 |
| **Total:** | | | 39.6 | $345.00-$825.00 | $17,406.00 |

16. The blended hourly rate of attorneys representing the Trustee in this case is approximately $585.00.

### Nature of Services Performed by McGuireWoods

17. All services performed by McGuireWoods for which compensation is being sought were performed for and on behalf of the Trustee.

18. This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

19. None of the payments received by McGuireWoods will be shared with any other party, nor are these payments subject to a sharing arrangement between McGuireWoods and any third party.

71185548_1

4

20. In accordance with section 330 of the Bankruptcy Code, McGuireWoods represents that the amount of fees and expenses are fair and reasonable given: (a) the nature of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

21. During the Compensation Period McGuireWoods performed significant legal services to the Trustee, as set forth above.

| Nature of Services | Approximate Hours | Approximate Value |
|---|---|---|
| 0002- General Administration | 1.0 | $345.00 |
| 0003- Sale of Assets | 7.4 | $3,081.00 |
| 0004-Pursuing Inherited Assets | 20.3 | $10,219.50 |
| 0005-Retention and Payment of Estate Professionals | 10.9 | $3,760.50 |
| Total: | 39.6 | $17,406.00 |

22. All of the services summarized above were reasonably necessary in order that the interests of the estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the estate and its creditors.

**Computation of Compensation**

23. The services performed by McGuireWoods during the Compensation Period required a total time expenditure for which compensation is sought of approximately 43.6 hours on the part of the principals and associates of McGuireWoods. The services for which McGuireWoods is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent, and value of the services for which McGuireWoods is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $18,786.00.

**Expenses**

71185548_1

24. In addition, McGuireWoods incurred certain reasonable and necessary expenses during its representation of the Trustee in the amount of $98.59. A detailed breakdown of these expenses is contained in Exhibit A.

25. A summary of these reasonable and necessary expenses is provided below:

(a) <u>In-House Copying ($1.30)</u>: McGuireWoods bills $0.10 per page for all internal copies. Such charge is reasonable and customary in the legal industry, representing costs of copy materials, outside services, acquisition, maintenance, storage and operation of copy machines, maintaining the copy center.

(b) <u>Travel Expenses ($16.75)</u>: McGuireWoods seeks reimbursement for taxi charges to attend court hearing actually incurred in the course of its service to the Trustee.

(c) <u>Federal Express and Messenger Charges ($80.54)</u>: McGuireWoods seeks reimbursement for Federal Express ($72.54) and messenger charges ($8.00) actually incurred in the course of its service to the Trustee.

**Payment of Fees Associated with the Closing of the Case**

26. McGuireWoods requests further compensation ("<u>Closing Compensation</u>") of $1,380.00 associated with closing of the case. The Closing compensation reflects an estimate of 4 hours of legal services to the Trustee associated with the case closing at Ms. Gratton's rate of $345.00 per hour.

71185548_1

6

**Notice**

27.    Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, McGuireWoods has served a copy of the Application to all parties receiving ECF notice. McGuireWoods has also served the Application on those parties who have requested service via U.S. Mail. McGuireWoods will make copies of this Application and all supporting documentation available to any party in interest that submits a written request to Stephanie C. Gratton via regular mail at McGuireWoods LLP, 77 W. Wacker Drive, Suite 4100, Chicago, IL 60601; via facsimile at (312) 920-3697; or via electronic mail at sgratton@mcguirewoods.com.

WHEREFORE, McGuireWoods prays this Court enter an order: (i) authorizing and allowing McGuireWoods' compensation in the amount of $17,406.00 and expense reimbursement in the amount of $98.59 in connection with professional services provided to the Trustee; (ii) authorizing and allowing the payment of the Closing Compensation in the amount of $1,038.50 for the closing of the case; (iii) approving the form and manner of notice provided to creditors and other parties in interest; and (iv) granting such further relief as the court deems just and appropriate.

Dated: October 27, 2015                               **McGuireWoods LLP**

                                                      /s/ *Stephanie C. Gratton*
                                                      Stephanie C Gratton

Richard J. Mason, P.C.
Stephanie C. Gratton
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601-1815
(312)849-8100

71185548_1