**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **WILLIAM D POWERS** | ) | **CASE NO. 14 B 09059** |
| **SUSAN M POWERS** | ) | |
| | ) | **HON. JUDGE EUGENE R. WEDOFF** |
| Debtor. | | |

**COVER SHEET FOR TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

Name of Applicant:     **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to:  Estate of Market Street Properties

Date of Order Authorizing Employment:  March 13, 2014 through Closing of Case

Period for Which Compensation is Sought:  From March 13, 2014 through Closing of Case.

Amount Of Fees Sought:                                **$4,763.53**

Amount of Expense Reimbursement Sought:     **$0.00**

This is an: _____ Interim Application       ____X____ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $_____0.00_____.

Date: December 02, 2015                                                        Applicant: /s/ Richard J.Mason
                                                                                       Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive – Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| POWERS, WILLIAM D | ) | |
| POWERS, SUSAN M | ) | CASE NO. 14 B 09059 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:  THE HONORABLE EUGENE R. WEDOFF,
     BANKRUPTCY JUDGE

NOW COMES <u>RICHARD J. MASON</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>4,763.53</u> as compensation, $<u>0.00</u> of which has previously been paid, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>40,135.27</u>. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $     1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $     3,513.53 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $         0.00 | ($47,500.00 max.) |
| 3% of balance | $         0.00 | |
| | | |
| TOTAL COMPENSATION | $     4,763.53 | |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                               $_____0.00

     The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this  2nd   day of   December   , 2015.

Dated:    12/02/2015                              /s/ Richard J. Mason
                                                                                             RICHARD J. MASON, Trustee
                                                                                             McGuire Woods LLP
                                                                                             77 West Wacker Drive
                                                                                             Suite # 4100
                                                                                             Chicago, IL  60601-1815

## PROFESSIONAL FEES AND EXPENSES

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| McGuireWoods LLP Fees | 0.00 | 18,884.59 | 18,884.59 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTAL | $ 0.00 | $ 18,884.59 | $ 18,884.59 |