# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: POWERS, WILLIAM D | § Case No. 14-09059-ERW |
| POWERS, SUSAN M | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00am on 12/23/2015 in Courtroom 682, United States Courthouse,
219 S DEARBORN
CHICAGO, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/02/2015           By:  /s/ Richard J. Mason
                                                                                             Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: POWERS, WILLIAM D § Case No. 14-09059-ERW
POWERS, SUSAN M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 50,637.17 |
| *and approved disbursements of* | $ 2,798.58 |
| *leaving a balance on hand of* [1] | $ 47,838.59 |
| **Balance on hand:** | $ 47,838.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 47,838.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - RICHARD J. MASON | 4,763.53 | 0.00 | 4,763.53 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 18,884.59 | 0.00 | 18,884.59 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 23,648.12 |
| Remaining balance: | $ 24,190.47 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $       24,190.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $       24,190.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,664.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,352.12 | 0.00 | 3,352.12 |
| 2 | Capital One Bank (USA), N.A. | 9,790.05 | 0.00 | 9,790.05 |
| 3 | Capital One, N.A. | 521.98 | 0.00 | 521.98 |

Total to be paid for timely general unsecured claims:   $       13,664.15
Remaining balance:   $       10,526.32

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 10,526.32 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 10,526.32 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $24.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,501.90.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
William D Powers
Susan M Powers
    Debtors

Case No. 14-09059-DLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mhenley     Page 1 of 1     Date Rcvd: Dec 03, 2015
                Form ID: pdf006     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2015.
```
db/jdb         +William D Powers,    Susan M Powers,    8084 S Brockton Court,    Hanover Park, IL 60133-2319
21654703      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
21654707      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,
                 Kansas City, MO 64195)
21654704       +Caitlin Powers,    8084 South Brockton Ct.,    Hanover Park, IL 60133-2319
21654705       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
22241202        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
22363894        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21654706       +Charter 1 Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
21654710       +Mmca/c1,    Po Box 991817,    Mobile, AL 36691-8817
21654711       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
21654712        Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
21654713       +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22149619        E-mail/Text: mrdiscen@discover.com Dec 04 2015 01:17:31      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21654708       +E-mail/Text: mrdiscen@discover.com Dec 04 2015 01:17:31      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
21654709       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 04 2015 01:17:43      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 3
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
```
              David Chang    on behalf of Debtor 2 Susan M Powers dchang@changandcarlin.com,
               changcarlin@iamthewolf.com
              David Chang    on behalf of Debtor 1 William D Powers dchang@changandcarlin.com,
               changcarlin@iamthewolf.com
              Monette W Cope    on behalf of Creditor    Mitsubishi Motor Credit of America, Its Successors and
               Assigns ecfnil@weltman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    on behalf of Trustee Richard J Mason rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
              Stephanie Gratton    on behalf of Trustee Richard J Mason sgratton@mcguirewoods.com
              Stephanie Gratton    on behalf of Attorney    McGuire Woods LLP sgratton@mcguirewoods.com
                                                                                              TOTAL: 8
```