**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: POWERS, WILLIAM D § | Case No. 14-09059-ERW |
| POWERS, SUSAN M § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $339,622.00           Assets Exempt: $143,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,688.57      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $26,446.70

---

    3) Total gross receipts of $ 50,637.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,501.90 (see **Exhibit 2**), yielded net receipts of $40,135.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,446.70 | 26,446.70 | 26,446.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 13,688.57 | 13,688.57 | 13,688.57 |
| **TOTAL DISBURSEMENTS** | $0.00 | $40,135.27 | $40,135.27 | $40,135.27 |

4) This case was originally filed under Chapter 7 on March 13, 2014. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2016          By: /s/RICHARD J. MASON
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pepisico Inc 78.851 at $80.36 Yum Brands 88.6337 | 1129-000 | 13,252.72 |
| 2010 Nissan Maxima with 38,000 Miles | 1129-000 | 10,000.00 |
| Deutsche Stategic Municipal Income Trust Stock | 1229-000 | 26,384.45 |
| Settlement Check from 8/26/2015 Court Order Appr | 1249-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,637.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| POWERS, WILLIAM D | Surplus Distribution Payment to Debtor | 8200-002 | 10,501.90 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,501.90** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 4,763.53 | 4,763.53 | 4,763.53 |
| McGuireWoods LLP | 3110-000 | N/A | 18,884.59 | 18,884.59 | 18,884.59 |

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.41 | 18.41 | 18.41 |
| Rabobank, N.A. | 2600-000 | N/A | 20.92 | 20.92 | 20.92 |
| Rabobank, N.A. | 2600-000 | N/A | 18.35 | 18.35 | 18.35 |
| Rabobank, N.A. | 2600-000 | N/A | 20.22 | 20.22 | 20.22 |
| Rabobank, N.A. | 2600-000 | N/A | 19.56 | 19.56 | 19.56 |
| Rabobank, N.A. | 2600-000 | N/A | 17.01 | 17.01 | 17.01 |
| Rabobank, N.A. | 2600-000 | N/A | 21.40 | 21.40 | 21.40 |
| Rabobank, N.A. | 2600-000 | N/A | 18.85 | 18.85 | 18.85 |
| Rabobank, N.A. | 2600-000 | N/A | 17.57 | 17.57 | 17.57 |
| Rabobank, N.A. | 2600-000 | N/A | 20.05 | 20.05 | 20.05 |
| Illinois Department of Revenue | 2820-000 | N/A | 185.00 | 185.00 | 185.00 |
| Arthur B. Levine Company | 2300-000 | N/A | 14.51 | 14.51 | 14.51 |
| Rabobank, N.A. | 2600-000 | N/A | 29.19 | 29.19 | 29.19 |
| Rabobank, N.A. | 2600-000 | N/A | 31.72 | 31.72 | 31.72 |
| Horwich Coleman Levin, LLC | 3410-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| Rabobank, N.A. | 2600-000 | N/A | 32.85 | 32.85 | 32.85 |
| Rabobank, N.A. | 2600-000 | N/A | 30.55 | 30.55 | 30.55 |
| Rabobank, N.A. | 2600-000 | N/A | 28.53 | 28.53 | 28.53 |
| Rabobank, N.A. | 2600-000 | N/A | 43.89 | 43.89 | 43.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $26,446.70 | $26,446.70 | $26,446.70 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,352.12 | 3,352.12 | 3,352.12 |
| 1I | Discover Bank | 7990-000 | N/A | 5.99 | 5.99 | 5.99 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,790.05 | 9,790.05 | 9,790.05 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 17.50 | 17.50 | 17.50 |
| 3 | Capital One, N.A. | 7100-000 | N/A | 521.98 | 521.98 | 521.98 |
| 3I | Capital One, N.A. | 7990-000 | N/A | 0.93 | 0.93 | 0.93 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $13,688.57 | $13,688.57 | $13,688.57 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-09059-ERW  
**Case Name:** POWERS, WILLIAM D  
POWERS, SUSAN M  
**Period Ending:** 01/21/16

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 03/13/14 (f)  
**§341(a) Meeting Date:** 04/21/14  
**Claims Bar Date:** 10/18/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  8084 S Brockton Court, Hanover Park, Illinois 60  Imported from original petition Doc# 1 | 167,319.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with Charter One  Imported from original petition Doc# 1 | 1,302.00 | 0.00 | | 0.00 | FA |
| 3  Savings account with Charter One  Imported from original petition Doc# 1 | 3,031.00 | 2,857.00 | | 0.00 | FA |
| 4  misc used household goods  Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 5  used clothing  Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6  Ring  Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 7  Term life insurance through employer - no curren  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  401K  Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 9  Pepisico Inc 78.851 at $80.36 Yum Brands 88.6337  Imported from original petition Doc# 1 | 12,288.22 | 12,288.22 | | 13,252.72 | FA |
| 10  2013 Tax Refund  Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 11  2004 Saturn Ion with 110,000 miles  Imported from original petition Doc# 1 | 1,900.00 | 0.00 | | 0.00 | FA |
| 12  2005 Mitsubishi Montero with 140,000 miles  Imported from original petition Doc# 1 | 8,200.00 | 7,200.00 | | 0.00 | FA |
| 13  2006 Suburu Legacy with 130,000 miles  Imported from original petition Doc# 1 | 14,020.00 | 0.00 | | 0.00 | FA |
| 14  2013 Nissan Altima with 6,000 Miles  Imported from original petition Doc# 1 | 20,600.00 | 3,317.00 | | 0.00 | FA |
| 15  2010 Nissan Maxima with 38,000 Miles  Imported from original petition Doc# 1 | 16,550.00 | 16,550.00 | | 10,000.00 | FA |
| 16  2013 Mitsubishi Lancer with 7,000 Miles  Imported from original petition Doc# 1 | 16,450.00 | 2,622.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-09059-ERW  
**Case Name:** POWERS, WILLIAM D  
POWERS, SUSAN M  
**Period Ending:** 01/21/16

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 03/13/14 (f)  
**§341(a) Meeting Date:** 04/21/14  
**Claims Bar Date:** 10/18/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | 4 dogs  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Deutsche Stategic Municipal Income Trust Stock (u) | 0.00 | 26,384.45 | | 26,384.45 | FA |
| 19 | Settlement Check from 8/26/2015 Court Order Appr (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$368,460.22** | **$75,218.67** | | **$50,637.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settling on Debtor's inheritance - 4/21/15

Settling on Debtor's inheritance - 4/21/15

**Initial Projected Date Of Final Report (TFR):**    October 1, 2014        **Current Projected Date Of Final Report (TFR):**    July 1, 2015

Printed: 01/21/2016 04:44 PM    V.13.23

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-09059-ERW  
**Case Name:** POWERS, WILLIAM D  
POWERS, SUSAN M  
**Taxpayer ID #:** **-***3299  
**Period Ending:** 01/21/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/23/14 | {9} | William D. Powers and Susan M. Powers | Cashed out Stock | 1129-000 | 13,252.72 | | 13,252.72 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13,242.72 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.41 | 13,224.31 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.92 | 13,203.39 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.35 | 13,185.04 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,164.82 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.56 | 13,145.26 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.01 | 13,128.25 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.40 | 13,106.85 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.85 | 13,088.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.57 | 13,070.43 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.05 | 13,050.38 |
| 04/07/15 | {15} | William D. Powers | Money received from sale of vehicle | 1129-000 | 10,000.00 | | 23,050.38 |
| 04/08/15 | 101 | Illinois Department of Revenue | FEIN # 30-6433299 | 2820-000 | | 185.00 | 22,865.38 |
| 04/22/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #14-09059, Bond Number: 10BSBGR6291 | 2300-000 | | 14.51 | 22,850.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.19 | 22,821.68 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.72 | 22,789.96 |
| 06/08/15 | 103 | Horwich Coleman Levin, LLC | Preparation of 2014 Federal and Illinois income Tax Returns | 3410-000 | | 2,200.00 | 20,589.96 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.85 | 20,557.11 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.55 | 20,526.56 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.53 | 20,498.03 |
| 09/04/15 | {19} | RICHARD J. MASON, Trustee | Settlement Check from 8/26/2015 Order | 1249-000 | 1,000.00 | | 21,498.03 |
| 09/15/15 | {18} | RICHARD J. MASON, TRUSTEE | Payment from Proceeds on Sale of Debtors Stock | 1229-000 | 26,384.45 | | 47,882.48 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.89 | 47,838.59 |
| 12/07/15 | 104 | McGuireWoods LLP | Payment from 11/17/2015 Order Awarding Compensation | 3110-000 | | 18,786.00 | 29,052.59 |
| 12/07/15 | 105 | McGuireWoods LLP | Payment from 11/17/2015 Order Awarding Expense Reimbursement | 3110-000 | | 98.59 | 28,954.00 |
| 12/28/15 | 106 | Discover Bank | Distribution payment from Final Report, re: Proof of Claim No. 1 | | | 3,358.11 | 25,595.89 |
| | | | Distribution payment 3,352.12 from Final Report, re: Proof of Claim No. 1 | 7100-000 | | | 25,595.89 |
| | | | Subtotals : | | $50,637.17 | $25,041.28 | |

{} Asset reference(s)

Printed: 01/21/2016 04:44 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-09059-ERW | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | POWERS, WILLIAM D | | Bank Name: | Rabobank, N.A. |
| | POWERS, SUSAN M | | Account: | ******0166 - Checking Account |
| Taxpayer ID #: | **-***3299 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/21/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Surplus Interest Payment on Distrubution for Proof of Claim No. 1    5.99 | 7990-000 | | | 25,595.89 |
| 12/28/15 | 107 | Capital One Bank (USA), N.A. | Distribution payment from Final Report, re: Proof of Claim No. 2 | | | 9,807.55 | 15,788.34 |
| | | | Distribution payment from Final Report, re: Proof of Claim No. 2    9,790.05 | 7100-000 | | | 15,788.34 |
| | | | Surplus Interest Payment on Distribution for Proof of Claim No. 2    17.50 | 7990-000 | | | 15,788.34 |
| 12/28/15 | 108 | Capital One, N.A. | Distribution payment from Final Report, re: Proof of Claim No. 3 | | | 522.91 | 15,265.43 |
| | | | Distribution payment from Final Report, re: Proof of Claim No. 3    521.98 | 7100-000 | | | 15,265.43 |
| | | | Surplus Interest Payment on Distribution for Proof of Claim No. 3    0.93 | 7990-000 | | | 15,265.43 |
| 12/28/15 | 109 | POWERS, WILLIAM D | Surplus Distribution Payment to Debtor | 8200-002 | | 10,501.90 | 4,763.53 |
| 12/28/15 | 110 | RICHARD J. MASON | Payment from 12/23/2015 Order Granting Final Compensation to Trustee | 2100-000 | | 4,763.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,637.17 | 50,637.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50,637.17 | 50,637.17 | |
| | | | Less: Payments to Debtors | | | 10,501.90 | |
| | | | **NET Receipts / Disbursements** | | **$50,637.17** | **$40,135.27** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0166 | 50,637.17 | 40,135.27 | 0.00 |
| | $50,637.17 | $40,135.27 | $0.00 |

{} Asset reference(s)    Printed: 01/21/2016 04:44 PM    V.13.23